# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARIE WALLACE,<br><br>                                Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, et al.,<br><br>                               Defendants. | Case No. 22-cv-1513-MMA (BLM)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. No. 15] |

On September 7, 2020, Plaintiff Rosemarie Wallace initiated this action against Target Corporation and Does 1 through 50. *See* Doc. No. 1. The parties now jointly move to dismiss the entire action with prejudice pursuant to Federal Rule of Civil Procedure 41(a). Upon due consideration, good cause appearing, the Court **GRANTS** the joint motion and **DISMISSES** this case in its entirety with prejudice. The Court **DIRECTS** the Clerk of Court to terminate all pending deadlines and hearings and close this case.

**IT IS SO ORDERED**.

Dated: February 22, 2023

*[signature]*

HON. MICHAEL M. ANELLO
United States District Judge